**GUTTILLA MURPHY ANDERSON, P.C.**
Dawn M. Maguire (Ariz. No. 20368)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: dmaguire@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Chapter 7 Trustee Dina L. Anderson

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| GEORGE GREGORY SIMS, JR., | Case No. 2:20-bk-10369-DPC |
| Debtor. | |
| DINA L. ANDERSON, CHAPTER 7 TRUSTEE, | Adv. No. 2:21-ap-_____-DPC |
| Plaintiff, | **COMPLAINT TO AVOID FRAUDULENT TRANSFER OF PROPERTY** |
| vs. | **(11 U.S.C. § 548)** |
| NATIONAL DEBT RELIEF, LLC, | |
| Defendant. | |

As and for her complaint to recover transfer, Plaintiff, Dina L. Anderson, Chapter 7 Trustee ("Trustee" or "Plaintiff"), states and alleges as follows:

1. The Plaintiff is the duly appointed and authorized Chapter 7 Trustee in this bankruptcy case.

2. Upon information and belief, National Debt Relief, LLC ("Defendant") is a company authorized to do business in the State of Arizona.

3. Upon information and belief, all acts complained of occurred in the State of Arizona.

4. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 544, 547, 548 and 550 and Bankruptcy Rules 7001, *et seq*.

5. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (F), (H) and (O).

6. On September 14, 2020, George Gregory Sims, Jr. ("Debtor") filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code ("Petition Date").

7. Upon information and belief, the Debtor transferred at least $6,000.00 to the Defendant between October 4, 2019 through March 4, 2020 for assistance with debt consolidation (collectively "Transfers").

8. Upon information and belief, the Transfers were facilitated by Global Client Services.

9. Upon information and belief, virtually no services were provided by Defendant to Debtor for said amount, nor was the Debtor's debt proportionately reduced.

10. Upon information and belief, Debtor made the Transfers to Defendant with the actual intent to hinder, delay, or defraud the creditors within the meaning of 11 U.S.C. § 548(a)(1)(A).

11. Upon information and belief, Debtor received less than reasonably equivalent value in exchange for the Transfers.

12. Upon information and belief, Debtor was insolvent at the time of the Transfers, or became insolvent as a result of the Transfers.

13. Upon information and belief, at the time of the Transfers the Debtor was engaged in business or a transaction, or were about to engage in business or a transaction, for which the Debtor's remaining property constituted unreasonably small capital.

14. Upon information and belief, at the time of the Transfers the Debtor intended to incur, or believed that the Debtor would incur, debts that would be beyond the Debtor's ability to pay at maturity.

15. The Debtor made the Transfers within four years of the Petition Date.

16. Pursuant to A.R.S. §§ 44-1004, 44-1005, and 44-1006 *et seq*. and 11 U.S.C. §§ 544, 548, and 550, the Trustee may avoid the Transfers and recover the value of the Transfers for the benefit of the bankruptcy estate.

**WHEREFORE**, Plaintiff requests that this Court enter judgment against Defendant:

    a. Avoiding the Transfers;

|   |   |   |
|---|---|---|
| | b. | Directing Defendant, and any and all subsequent transferees of the Transfers, to return the Transfer to the Trustee for the benefit of the Debtor's bankruptcy estate; |
| | c. | In the amount of at least $6,000.00, the value of the Transfers; |
| | d. | Awarding Plaintiff's reasonable attorneys' fees, which shall not exceed $1,000.00, if a default judgment is entered; |
| | e. | Awarding Plaintiff's reasonable costs incurred herein, which shall not exceed $350.00, if a default judgment is entered; and |
| | f. | For such other and further relief as this Court deems just and appropriate under the circumstances. |

DATED: January 14, 2021

**GUTTILLA MURPHY ANDERSON, P.C.**

*/s/ Dawn M. Maguire #20368*
Dawn M. Maguire
Attorneys for Chapter 7 Trustee